# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MITCHELL D. TECONCHUK**                                      **PLAINTIFF**
*ADC #158686*

**v.**                            **No: 4:26-cv-00005-JM-PSH**


**MARICE CULCLAZOR,** *et al.*                               **DEFENDANTS**

## ORDER

Plaintiff Mitchell Teconchuk filed a *pro se* complaint pursuant to 42 U.S.C. §

1983 on January 5, 2026, while incarcerated at the Arkansas Division of Correction's

Larry B. Norris Unit (Doc. No. 1).  Teconchuk has been granted *in forma pauperis*

status (Doc. No. 6).  He has filed several amended complaints (Doc. Nos. 5-6, 12-

13) and two motions for temporary restraining orders (Doc. Nos. 8 & 11).  He then

requested a 60-day extension of time to file another amended complaint (Doc. No.

17).  The Court granted that motion in part and allowed him 30 days to file a

Superseding Amended Complaint, clarifying his claims.  *See* Doc. No. 18.  He

subsequently filed a notice (Doc. No. 19) and a one-page "Amended Complaint"

(Doc. No. 20).  In his Notice and Amended Complaint, he requested that his case be

turned over to the "Deweaponization Funds" and the Department of Justice.  Doc.

Nos. 19-20.  The Court construes Teconchuk's notice and amended complaint as a

motion to voluntarily dismiss this case.[1]  His motion is GRANTED.  Teconchuk's

complaints are DISMISSED WITHOUT PREJUDICE and all pending motions are

DENIED as MOOT.

IT IS SO ORDERED this 28th day of May, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court will not forward Teconchuk's claim or take any action on his behalf;
if he wishes to pursue a settlement with the Executive Branch, he must do so on his own
behalf.