**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MITCHELL D. TECONCHUK**                                                              **PLAINTIFF**
*ADC #158686*

**v.**                                             **No: 4:26-cv-00005-JM-PSH**

**MARICE CULCLAZOR,** *et al.*                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 28th day of May, 2026.

_____
UNITED STATES MAGISTRATE JUDGE